UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ERIC EDWARD BRYANT, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Case No.: 1:12-cv-00022-MHH-SGC |
| | ) |
| WARDEN JOHN T. RATHMAN, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Eric Edward Bryant, a federal prisoner proceeding *pro se*. (Doc. 1). On February 13, 2015, the Magistrate Judge entered a report in which she recommended that the Court deny the petition. (Doc. 12 at 6). The parties had an opportunity to file objections to the report and recommendation. (*Id.* at 6-7). Neither party filed objections.

Having carefully reviewed and considered *de novo* the materials in the court file and a number of the appellate opinions that the Magistrate Judge cited, including *Coloma v. Holder*, 445 F.3d 1282 (11th Cir. 2006), the Court adopts the Magistrate Judge's report and accepts her recommendation. Accordingly, the Court denies Ms. Bryant's petition for writ of habeas corpus.

A Final Judgment will be entered.

DONE and ENTERED this 17th day of March, 2015.

_____
**MADELINE HUGHES HAIKALA**
**U.S. DISTRICT JUDGE**